**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Tricida, Inc.<br><br>*Debtor*, | Chapter 11<br><br>Case No. 23-10024 (CTG) |
| Jackson Square Advisors LLC, in its capacity as the Liquidating Trustee of the Tricida Liquidating Trust,<br><br>*Plaintiff*,<br><br>- against -<br><br>David Bonita, Klaus Veitinger, Gerrit Klaerner, Robert McKague, Geoffrey Parker, Dawn Otto, Robert Alpern, and OrbiMed Advisors LLC,<br><br>*Defendants*. | Adv. Pro No. 25-52431 (CTG) |

**Scheduling Order**

**IT IS HEREBY ORDERED** that the following schedule (the "Scheduling Order") shall govern this adversary proceeding.

1. Fact discovery shall commence 10 days following the Court's Order on Defendants' Motions to Dismiss (the "Fact Discovery Start Date").

2. The parties shall serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, within 21 days after the Fact Discovery Start Date.

3. The parties shall work in good faith to agree on and jointly submit a proposed confidentiality order governing discovery for entry by the Court within a reasonable time following the Fact Discovery Start Date. Such proposed order shall address (i) confidentiality designations for discovery material, (ii) Electronic discovery protocols, such as document

MP-PRIMARY\96831499.v1

production formatting and agreed-upon metadata fields, (iii) Fed. R. Civ. P. 26(b)(5) privilege log production and agreed-upon parameters of privileged communications to be logged.

4.      The parties are expected to conduct discovery consistent with Fed. R. Civ. P. 26 through 37 and Rule 7026-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware. The parties shall follow Judge Goldblatt's Chambers Procedure F ("Discovery Disputes and Case Administration Matters") in relation to all discovery disputes.

5.      All written interrogatories, document requests and requests for admission, if any, must be served upon the adverse party within 170 days following the Fact Discovery Start Date.

6.      The parties' document productions must be substantially complete within 120 days of the Fact Discovery Start Date, insofar as requests for production are served within a reasonable time following the Fact Discovery Start Date. All fact discovery, including depositions of fact witnesses, shall be completed within 180 days of the Fact Discovery Start Date.

7.      With respect to document productions completed within 120 days of the Fact Discovery Start Date, the parties must exchange Fed. R. Civ. P. 26(b)(5) privilege logs within 150 days of the Fact Discovery Start Date. With respect to subsequent productions (if any), the producing party must serve a privilege log within 30 days of the production.

8.      The parties shall serve by electronic mail any Fed. R. Civ. P. 26(a)(2) expert reports or disclosures for any issue on which they bear the burden of proof within 200 days of the Fact Discovery Start Date. Any expert report intended to rebut any other expert report shall be served within 260 days of the Fact Discovery Start Date.  All expert reports or disclosures shall provide the information required by Fed. R. Civ. P. 26(a)(2), made applicable by Fed. R. Bankr.

2

P. 7026. Expert depositions shall be conducted within, and discovery shall close, 60 days following the deadline to exchange rebuttal expert reports or disclosures.

9.      All opening motions for summary judgment and supporting briefs shall be filed no later than 30 days after the close of discovery. All briefs in opposition to motions for summary judgment shall be filed within 30 days after the deadline to file opening motions for summary judgment. Any reply briefs in support of motions for summary judgment shall be filed within 14 days following the deadline to file opposition briefs.

10.     Deadlines and limitations contained in this Scheduling Order may be extended by the Court and upon written motion for good cause shown.

11.     Deadlines that would otherwise fall on a Saturday, Sunday, or Federal-Court holiday shall be understood to be extended until the next day that is not a Saturday, Sunday, or Federal-Court holiday.

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: February 18th, 2026**
**Wilmington, Delaware**

3

MP-PRIMARY\96831499.v1